# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-960-123**

**Effective Date of Registration:**
October 27, 2015

## Title

    **Title of Work:** Rise of the Krays

   **Nature of Claim:** Motion Picture

## Completion/Publication

   **Year of Completion:** 2015
  **Date of 1st Publication:** August 31, 2015
 **Nation of 1st Publication:** United Kingdom

## Author

     • **Author:** Torn Pictures Production Limited
    **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
    **Domiciled in:** United Kingdom
     **Anonymous:** No
    **Pseudonymous:** No

## Copyright Claimant

  **Copyright Claimant:** Torn Pictures Production Limited
          19 Fitzroy Square, London, WIT 6EQ

## Certification

      **Name:** Michael A. Hierl
      **Date:** October 26, 2015

   **Correspondence:** Yes

# EXHIBIT B

| No | IP | HitDate UTC (yy/mm/dd) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 24.12.29.193 | 2015-09-04 00:38:37 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Schaumburg | Cook |
| 2 | 98.220.11.52 | 2015-09-04 02:50:40 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 67.173.139.128 | 2015-09-04 00:07:50 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Elgin | Kane |
| 4 | 73.8.228.145 | 2015-09-04 00:03:59 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 50.151.122.230 | 2015-09-04 14:44:09 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 71.228.4.163 | 2015-09-04 01:19:21 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Princeton | La Salle |
| 7 | 71.194.27.36 | 2015-09-04 00:26:14 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Lockport | Will |
| 8 | 76.16.154.17 | 2015-09-04 12:54:29 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 69.245.225.99 | 2015-09-04 03:39:13 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Skokie | Cook |
| 10 | 50.172.159.26 | 2015-09-04 15:48:39 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Belvidere | Boone |
| 11 | 73.22.200.79 | 2015-09-04 23:42:34 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Bolingbrook | Will |
| 12 | 76.29.80.227 | 2015-09-04 06:02:01 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Lombard | DuPage |
| 13 | 71.194.166.72 | 2015-09-04 10:51:08 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Rockford | Winnebago |
| 14 | 76.29.38.102 | 2015-09-04 21:41:46 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 73.50.205.206 | 2015-09-04 22:08:22 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 67.167.238.45 | 2015-09-04 21:24:25 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Northbrook | Cook |
| 17 | 50.254.24.93 | 2015-09-04 21:11:26 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Joliet | Cook |
| 18 | 67.175.32.107 | 2015-09-04 19:09:11 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Park Forest | Cook |
| 19 | 76.16.167.130 | 2015-09-04 14:44:45 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Addison | DuPage |
| 20 | 98.220.58.45 | 2015-09-04 14:10:09 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Glencoe | Cook |
| 21 | 24.12.8.196 | 2015-09-04 13:55:28 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 22 | 98.214.61.20 | 2015-09-04 07:06:15 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago Heights | Cook |
| 23 | 73.22.195.91 | 2015-09-04 05:05:38 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 24 | 98.228.29.224 | 2015-09-04 04:41:29 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 25 | 67.176.143.186 | 2015-09-04 04:31:42 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Bolingbrook | Will |
| 26 | 50.153.154.128 | 2015-09-04 02:37:44 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 27 | 73.9.218.155 | 2015-09-04 02:32:28 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 28 | 50.172.232.140 | 2015-09-04 01:22:49 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Crystal Lake | McHenry |
| 29 | 71.194.21.5 | 2015-09-04 00:40:39 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 30 | 76.16.214.54 | 2015-09-04 00:18:20 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Chicago | Cook |
| 31 | 50.179.251.147 | 2015-09-04 00:05:38 | The Rise of the Krays (2015) | SHA1: 1D1E8B990F9EC89DA2B4DA257AB2E562813F33D2 | Comcast Cable | Illinois | Gurnee | Lake |